UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. CLEMENT, | NO. 2:06- cv-2656 FCD/DAD |
| Plaintiff(s), | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| M.T.M. TRANSPORTATION, et al., | |
| Defendant(s). | |
| _____ / | |

Pursuant to the representations contained in defendants' status report filed September 27, 2007, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 14, 2007. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: October 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE