Ronald L.M. Goldman, Esq. (State Bar No. 33422)
BAUM ✦ HEDLUND, A PROFESSIONAL CORPORATION
12100 Wilshire Boulevard, Suite 950
Los Angeles, California 90025-7114
Telephone: 310.207.3233
Facsimile: 310.207.4204

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. CLEMENT, Individually and as Personal Representative of the Estate of James D. Clement, Sr., Deceased,<br><br>                Plaintiff,<br><br>  v.<br><br>M.T.M. TRANSPORTATION, a corporation; DESERT WIND ENTERPRISES, INC., a corporation; RONALD McCOY, an individual; ROBERT COLLINS, an individual; and DOES 1-100, inclusive,<br><br>                Defendants. | CASE NO: 2:06-CV-02656-FCD-DAD<br><br>**STIPULATION and ORDER OF DISMISSAL** |

      IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: November 8, 2007       /s/ Ilyas Akbari
                                         Ilyas Akbari, Esq.
                                         Attorney for Plaintiffs

Dated: November 8, 2007       /s/ Suzanne M. Trimble
                                         Suzanne M. Trimble, Esq.
                                         Attorney for Defendants

1 **ORDER**

2   Pursuant to the stipulation of the parties to this action through their designated counsel that
3 the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), and good
4 cause appearing therefor;

5   The above-captioned matter is dismissed with prejudice, each party to bear their own costs.

7 Dated: December 4, 2007

  FRANK C. DAMRELL, JR.
  UNITED STATES DISTRICT JUDGE

2.
STIPULATION OF DISMISSAL